UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROZANN M. STENSHOEL - SOUSA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 16-mc-80009-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: Dkt. No. 19

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation advising that this action, seeking an order quashing an IRS summons, be dismissed with prejudice. Dkt. No. 19. The Magistrate Judge found that plaintiff Rozann Stenshoel-Sousa does not have standing to challenge the IRS summons and that subject matter jurisdiction does not exist to hear her petition. The time to file objections to the Report and Recommendation has passed and no party has objected. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Beeler's Report is reasoned and reasonable, and the Court adopts it in its entirety. Because these defects cannot be cured, the Court dismisses the case with prejudice. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: May 20, 2016

JAMES DONATO
United States District Judge