UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZANN M. STENSHOEL - SOUSA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 16-mc-80009-JD<br><br>**JUDGMENT** |

On May 20, 2016, the Court dismissed this case with prejudice for lack of standing. Dkt. No. 21. Under Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Rozann M. Stenshoel-Sousa.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
JAMES DONATO
United States District Judge